# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| LISA WEATHERLY, ET AL. | § | |
| | § | |
| V. | § | CASE NO. 4:11-CV-447 |
| | § | Judge Schneider/Judge Mazzant |
| COUNTY & DISTRICT CLERKS | § | |
| ASSOCIATION OF TEXAS, ET AL | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 26, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant County & District Clerks Association of Texas' Motion to Dismiss Plaintiffs' Second Amended Complaint (filed as "A More Definite Statement re Plaintiffs' Complaint") (Dkt. #28) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant County & District Clerks Association of Texas' Motion to Dismiss Plaintiffs' Second Amended Complaint (filed as "A More Definite Statement re Plaintiffs' Complaint") (Dkt. #28) is **GRANTED,** and all claims against County & District Clerks

Association of Texas are DISMISSED with prejudice.

**It is SO ORDERED.**

**SIGNED this 29th day of February, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE